FILED
2013 Aug-16 AM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MIKE WOODLEY, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | 2:11-cv-3338-JHE |
| | ] | |
| GE MONEY BANK, et al., | ] | |
| | ] | |
| Defendants. | ] | |

**ORDER DISMISSING CASE**

A stipulation of dismissal, signed by all remaining parties who have appeared, it is hereby ORDERED, ADJUDGED, and DECREED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED, with prejudice, each party to bear its own costs.

DONE and ORDERED this 16th day of August, 2013.

JOHN H. ENGLAND, III
UNITED STATES MAGISTRATE JUDGE